DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| MARK VINCENT TEDESCHI, | Case No. 1:08-cv-00820 JLS-CAB |
| Petitioner, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The petitioner, Mark Vincent Tedeschi, through the Federal Defender for the Eastern District of California, hereby requests appointment of Gary Huss, CJA attorney as counsel of record.

The petitioner was originally represented in Superior Court, Kern County by his public defender, David L. Kelly. Mr. Kelly represented the petitioner in Superior Court, the Fifth Appellate District for the State of California, the California Supreme Court, and the U.S. District Court for the Eastern District, Fresno Division. Through his counsel, the petitioner filed a writ of Habeas Corpus on June 12, 2008, in the Eastern District of California.

The matter was originally assigned to U.S. District Judge Lawrence O'Neill. It was reassigned to visiting U.S. District Judge Janis L. Sammartino on November 25, 2008. On December 9, 2009, an order denying 28 U.S.C. § 2254 and granting in part a certificate of appealability was signed by Judge Sammartino.

This office was contacted by counsel, David L. Kelly, regarding appointment of counsel thereafter. Mr. Kelly did not understand that petitioner could request appointment of CJA counsel for his §2254 petition. At one point previous to December 2009, Mr. Kelly contacted the Federal Defender's Office, but was not advised that counsel could be requested. He proceeded in the district court, but has spoken with Petitioner about requesting other counsel as he does not practice in federal court. Petitioner is requesting appointment of counsel. He is indigent and is completing a financial affidavit and it will be forwarded to this office as soon as possible.

Petitioner requests counsel be appointed to complete the appeal to the Ninth Circuit based on the issues in the Certificate of Appeal granted by U.S. District Judge Janis Sammartino. It is requested that counsel be appointed now as the Notice of Appeal to the Ninth Circuit is due by January 8, 2010.

Dated: December 30, 2009

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

**Dated:   December 30, 2009**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE